IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3105 |
| vs. | |
| PAUL D. SELLON, and SUE ANN SELLON, | ORDER |
| Defendants. | |

The government has moved to continue the trial currently set for January 22, 2018. (Filing No. 29). As explained in the motion, due to his trial schedule, the government's counsel needs additional time to prepare for trial. In addition, the court has been advised that a defense expert witness is not available during the current trial setting. The motion to continue is unopposed by all parties. Based on the information before the court, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion to continue, (Filing No. 29), is granted.

2) **As to both defendants**, the trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 12, 2018, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the government's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of Defendant and the public in a speedy trial. Accordingly, **as to both defendants,** the additional time arising as a result of the granting of the motion, the time between today's date and March 12, 2018, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional

time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge