IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3105 |
| vs. | ORDER |
| PAUL D. SELLON, | |
| Defendants. | |

Defendant Paul Sellon's retained counsel, Carlos Monzon, has represented Defendant in this case since September 7, 2017, and a Rule 17.1 telephonic conference is scheduled for May 17, 2018. Defendant Paul Sellon can no longer afford counsel and has moved for appointed counsel. (Filing No. 47). Based on Defendant's financial affidavit of record, (Filing No. 46), Defendant is eligible for appointed counsel at this time. Carlos Monzon is willing to be appointed as counsel for Defendant.

Accordingly,

IT IS ORDERED:

1) Defendant's motion to appoint counsel, (Filing No. 47), is granted.

2) Since this case is approaching final disposition, to avoid interruption and delay, and to provide continuity in Defendant's representation, the court hereby appoints Carlos Monzon as counsel for Defendant Paul Sellon pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1).

3) The Clerk of the court shall mail a copy of this memorandum and order to the Federal Public Defender, who shall provide appropriate CJA voucher information to Carlos Monzon.

May 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge