IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3105 |
| vs. | ORDER AUTHORIZING DISCLOSURE OF TAX RETURN INFORMATION AND PROTECTIVE ORDER |
| PAUL D. SELLON and SUE ANN SELLON, | |
| Defendants. | |

Having considered the Government's Unopposed Motion for an Order Authorizing Disclosure of Supplemental Tax Records,

IT IS HEREBY ORDERED, pursuant to 26 U.S.C. § 6103(h)(4), and based on the unopposed motion of the government, that the government is authorized to disclose to defendants and their counsel Supplemental Tax Records as defined in 26 U.S.C. § 6103(b), pursuant to the government's discovery obligations.

## PROTECTIVE ORDER

The government represents to this Court that it intends to produce Supplemental Tax Records, which includes personal identification information (PII) and other data which is private in nature and contained within the materials (e.g. social security numbers, addresses, dates of birth). Due to the nature of the Supplemental Tax Records, this PII information has not been redacted or edited. The government also represents to the Court that counsel for defendants do not object to the entry of a protective order.

Accordingly,

IT IS FURTHER ORDERED THAT

1. The Supplemental Tax Records produced by the government may be used by the defendants, the defendants' counsel and any employees or agents of defendants' counsel solely in the defense of this case.

2. Nothing in this order shall prohibit the defendants from using the Supplemental Tax Records as an exhibit at any trial or hearing in this matter. Defendants may use or publish the Supplemental Tax Records as exhibits as necessary in the defense of this case

3. Defendants' counsel and the defendants shall not disclose the Supplemental Tax Records directly or indirectly to any person except those assisting the defense, persons who are interviewed as witnesses, and potential experts (collectively, "authorized persons") during the course of the investigation and defense of this case.

4. The Supplemental Tax Records produced by the government shall not be copied or reproduced unless they are copied or reproduced for authorized persons to assist in the defense of this case, and in that event, the copies shall be treated in the same manner as the original material.

5. When providing the Supplemental Tax Records to an authorized person, the defendants' counsel must inform the authorized person that the Supplemental Tax Records is provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

IT IS FURTHER ORDERED THAT upon the final disposition of this case, the defendants and their counsel shall return to the government all Supplemental Tax Records to the government as so requested by the government.

IT IS SO ORDERED.

DATED: September 25, 2018

_____
CHERYL R. ZWART
U.S. MAGISTRATE JUDGE