IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3105 |
| vs. | |
| PAUL D. SELLON, and SUE ANN SELLON, | ORDER |
| Defendants. | |

A telephonic hearing was scheduled for today. (Filing No. 57). Counsel for the government and for Defendant Sue Ann Sellon participated in the call. Counsel for Defendant Paul Sellon did not attend.

The hearing proceeded as to Defendant Sue Ann Sellon. The government explained that it intended to call 20 or more witnesses, including experts, to analyze and trace money transactions reflected in voluminous documents produced as discovery. In addition, the tax returns demanded by Defendant Paul Sellon are now in the parties' possession. Defendant Sue Ann Sellon needs additional time to review the totality of this voluminous discovery, and she may also need to retain an expert to review the information and/or provide testimony. Defendant Sue Ann Sellon needs additional time to determine whether pretrial motions should be filed. The government does not oppose this request.

Accordingly,

IT IS ORDERED:

1) A telephonic conference with the undersigned magistrate judge will be held on November 14, 2018 at 10:00 a.m. to discuss the status of case preparation and a potential trial setting. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 75), to participate in the call.

2) **As to both defendants**, pretrial motions and briefs shall be filed on or before December 14, 2018.

3) **As to both defendants**, the time between today's date and December 14, 2018, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

October 26, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge