IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>PAUL D. SELLON, and<br>SUE ANN SELLON,<br><br>        Defendants. | 4:17CR3105<br><br>**ORDER** |

Pursuant to discussion with counsel, this case will be set for trial. Defendants request a trial settling beyond the time limits of the Speedy Trial Act due to the press of others matters and because they need to further review this case and prepare for trial.

Accordingly,

IT IS ORDERED:

1) As to both defendants, the trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on February 19, 2019, or as soon thereafter as the case may be called, for a duration of nine (9) trial days. Jury selection will be held at commencement of trial.

2) The ends of justice served by setting the trial beyond the limits of the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the time between today's date and February 19, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed

a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

November 14, 2018.	BY THE COURT:
	*s/ Cheryl R. Zwart*
	United States Magistrate Judge