IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:17CR3105** |
| vs. | |
| PAUL D. SELLON, and SUE ANN SELLON, | **ORDER** |
| Defendants. | |

Defendant Sue Ann Sellon has orally moved to continue the trial, explaining she recently received notice of her long-awaited disability hearing, and it is scheduled during this court's criminal trial setting. Based on counsel's explanation, and with the consent of all parties, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Sue Ann Sellon's oral motion to continue, (Filing No. 68), is granted.

2) As to both defendants, the trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 7, 2019, or as soon thereafter as the case may be called, for a duration of nine (9) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and May 7, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is

needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 4, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge